UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 MAY -6  A 8 55

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

| | |
|---|---|
| DEMOND MAURICE MIMMS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAMES PETRUCELLI; et al.,<br><br>Defendants - Appellees. | No.  05-15658<br>D.C. No.  CV-05-00144-REC/DLB<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [X]

Explanation: Complaint does not state a Claim

_____
Judge
United States District Court

Date: 5-6-05